APR 8 2026 PM5:00
FILED-USDC-CT-NEW HAVEN

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
Grand Jury N-25-1

UNITED STATES OF AMERICA

v.

MICHAEL JOSEPH MEADE and
CHET LEE WEST

Criminal No. 3:26CR 64 (OAW)(SDV)

VIOLATIONS:

Meade:
26 U.S.C. § 7201 (Tax Evasion)
26 U.S.C. § 7203 (Failure to File Income Tax Return)

Meade and West:
18 U.S.C. § 371 (Conspiracy to Obstruct and Defeat the Internal Revenue Service and the Department of the Treasury)
26 U.S.C. § 7212(a) (Attempts to Interfere with Administration of Internal Revenue Laws)
26 U.S.C. § 7206(2) (Aiding or Assisting Filing of False Documents)
18 U.S.C. § 2 (Aiding and Abetting and Causing)

**INDICTMENT**

The Grand Jury charges:

**COUNT ONE**
(Tax Evasion)

At all times relevant to this Indictment:

1. Defendant MICHAEL JOSEPH MEADE ("MEADE") resided in Old Saybrook, Connecticut.

2. MEADE owned and operated Innovative Components LLC, a Plantsville, Connecticut, limited liability company founded in 1992 that was engaged in the manufacture and sale of liquid level float control mechanisms. MEADE controlled the bank accounts of Innovative

Components LLC. Certain customers of Innovative Components LLC, whose identities are known to the Grand Jury, are referred to herein by their company's initials.

3. MEADE also owned, operated, and controlled Liquidlevel.com LLC, a Southington, Connecticut, limited liability company founded on or about October 2, 2023. MEADE's family member was listed with the Connecticut Secretary of State as the "agent" of Liquidlevel.com LLC. MEADE controlled the bank account of Liquidlevel.com LLC through his family member, and used the account to conduct banking activities on behalf of Innovative Components LLC.

4. Defendant CHET LEE WEST ("WEST") resided in Nebo, North Carolina.

5. WEST controlled and operated various entities, including an entity that used the name Not Registered LC, with an address of 124 Glen Forrest Drive, Nebo, North Carolina.

6. WEST also controlled and operated QNZ LLC through his family member who used the titles of "Member" and "Manager." WEST used QNZ LLC, which had an address of 129 Shangrila Trail, Whittier, North Carolina, as a shell company to purchase real estate for the benefit of MEADE.

7. MEADE derived taxable income from Innovative Components LLC and Liquidlevel.com LLC.

8. MEADE had a substantial federal tax due and owing to the United States Treasury, including federal income taxes, interest, fees, and penalties for the years 2001 through 2010, 2012, and 2013 (referred to herein, in whole and in part as his "federal tax obligation"). In fact, at least as early as in or about 2011, MEADE knew that he had a substantial federal tax obligation.

9. From in or about 2016 through the date of this Indictment, in the District of Connecticut and elsewhere, defendant MICHAEL JOSEPH MEADE willfully attempted to evade

and defeat the payment of substantial federal tax obligation due and owing by him to the United States of America, namely, his federal tax obligation of approximately $2,535,653.79, for the calendar years 2001 through 2010, 2012, and 2013, by committing and causing to be committed the following affirmative acts of evasion, among others:

a. From in or about 2016 through in or about 2021, MEADE caused large amounts of cash to be withdrawn from the business accounts of Innovative Components LLC and Liquidlevel.com LLC and used the funds for his own personal benefit, while maintaining a minimal balance in his personal bank accounts.

b. Between in or about January 2016 and in or about September 2021, MEADE cashed hundreds of checks drawn on the business bank account of Innovative Components LLC and used the funds to purchase cashier's checks in an attempt to conceal the location of the funds from authorities and regulators, and to prevent the Internal Revenue Service from imposing levies on the funds.

c. From in or about 2016 through in or about 2022, MEADE purchased numerous cashier's checks using funds from Innovative Components LLC, which he used to purchase personal property, to make child support payments and alimony payments, and to make down payments on a 2020 GMC Sierra Denali truck, a 2015 Harley Davidson motorcycle, and a 2019 Mercedes E-450 automobile.

d. From in or about 2017 through in or about 2021, MEADE deposited funds from Innovative Components LLC into his wife's trust account.

e. Between in or about October 2017 and January 2020, MEADE falsely asserted in correspondence with the Internal Revenue Service that he was not required to pay taxes when he well knew his federal tax obligation was approximately $2.5 million.

f. Between in or about February 2020 and in or about July 2022, MEADE withdrew funds from the business accounts of Innovative Components LLC and funneled the funds through cryptocurrency wallets, cryptocurrency exchange accounts, and other bank accounts that he controlled.

g. From in or about 2021 through in or about 2023, MEADE established and used new business bank accounts for his company Innovative Components LLC with a different company name, different Taxpayer Identification Numbers (TINs) and Employer Identification Numbers (EINs), and using nominees.

h. Between in or about September 2021 and in or about October 2021, MEADE made false representations to the customers of his business, Innovative Components LLC, including that he was no longer connected with the business, and directed customers to send payments to a newly opened bank account associated with a new TIN.

i. In or about October 2021, MEADE used QNZ LLC as a shell company to purchase a personal vacation property in Milbridge, Maine.

j. In or about January 2022 and April 2023, MEADE opened accounts at Liberty Bank using a false social security number.

All in violation of Title 26, United States Code, Section 7201 and Title 18, United States Code, Section 2.

**COUNT TWO**
(Conspiracy to Obstruct and Defeat the Internal Revenue Service)

10. The allegations in Paragraphs 1 through 9 are incorporated by reference.

11. Beginning in or about July 2021 and continuing to the date of this Indictment, in the District of Connecticut and elsewhere, defendants MICHAEL JOSEPH MEADE and CHET LEE WEST, together with others, known and unknown to the Grand Jury, did unlawfully,

voluntarily, intentionally, and knowingly conspire, combine, confederate, and agree to defraud the United States for the purpose of impeding, impairing, obstructing, and defeating the lawful government functions of the Internal Revenue Service and of the United States Department of the Treasury in the ascertainment, computation, assessment, and collection of revenue, that is, MEADE's federal income taxes and federal tax obligation.

The Purpose of Conspiracy

12. The purpose of the conspiracy was for MEADE and WEST, together with others, known and unknown to the Grand Jury, to prevent the Internal Revenue Service from successfully carrying out the administration of the tax laws of the United States, and to prevent and delay the administration of the collection of taxes and tax obligation by the United States of America from MEADE.

The Manner and Means of the Conspiracy

13. It was part of the conspiracy that MEADE, WEST, and their co-conspirators would and did utilize nominee and shell entities and bank accounts for the purpose of hiding funds, assets, and income from the Internal Revenue Service.

14. It was further part of the conspiracy that MEADE, WEST, and their co-conspirators would and did provide false and fraudulent information and instructions to customers of Innovative Components LLC falsely representing that "[a]s of August 16, 2021 Innovative Components came under new management" and that any connection to the prior TIN "or Michael J. Meade was terminated at that time," in order to cause customers to send payments to a new nominee-controlled bank account with a new TIN, and to cause customers to submit misleading Internal Revenue Service Forms 1099-NEC to the Internal Revenue Service that referenced the new TIN.

15. It was further part of the conspiracy that MEADE, WEST, and their co-conspirators would and did structure financial transactions to impede and defeat the Internal Revenue Service from assessing and collecting MEADE's federal income tax obligation.

Overt Acts of the Conspiracy

16. In furtherance of the conspiracy and to effect the objects of the conspiracy, MEADE, WEST, and their co-conspirators committed and caused to be committed the following overt acts, among others, in the District of Connecticut and elsewhere:

a. On or about August 17, 2021, MEADE and WEST entered into an "Agreement to Sell Business," between Not Registered LC of Nebo, North Carolina and "Michael Joseph Meade," executed by an individual using the title of "Manager" for Not Registered LC.

b. On or about August 18, 2021, WEST caused an individual with the initials V.W., whose identity is known to the Grand Jury, to open an account at Bank of America ending in x-3764, in the name of Innovative Components LLC with V.W. as the signatory on the account.

c. On or about August 25, 2021, MEADE and WEST executed a "Bill of Sale of Business," between Not Registered LC and "Michael Joseph Meade," executed by an individual using the title of "Manager" for Not Registered LC, and attaching a "Schedule A," that provided MEADE authority and control over the Innovative Components LLC account at Bank of America ending in x-3764.

d. On or about August 26, 2021, WEST sent an email from "notregisteredlc@protonmail.com" to an Innovative Components LLC employee

at the email "office@liquidlevel.com" stating that he had attached "the shipping receipt for the checkbooks etc. of QNZ LLC and Innovative Components LLC."

e. In or about September 2021, WEST sent and MEADE received a document titled "Affidavit of Non-Interference," which stated that Not Registered LC "will have nothing to do with, nor in anyway interface, interact, or make any changes whatsoever to: Innovative Components LLC . . . except by written request of Michael Joseph Meade."

f. In or about September 2021, WEST sent and MEADE received a document titled "Operations Procedure" providing instructions and recommendations as to how MEADE should, among other things, claim that Innovative Components LLC is a "private firm," a "non-tax payer entity," and "shall not be subject to the income tax," and use a new EIN or TIN on Internal Revenue Service Forms W-9.

g. On or about October 1, 2021, MEADE caused an email to be sent from "office@liquidlevel.com" to Innovative Components LLC customers D.S. LLC, attaching an Internal Revenue Service Form W-9 with a new TIN and new wire instructions for the new account at Bank of America ending in x-3764, and falsely represented that Innovative Components LLC had come under new management, with an address at 124 Glen Forrest Drive, Nebo, North Carolina.

h. On or about October 1, 2021, MEADE also caused an email to be sent from "office@liquidlevel.com" to Innovative Components LLC customer S.K.F. Inc. d/b/a/ O. Inc., attaching an Internal Revenue Service Form W-9 with a new TIN and new wire instructions for the account at Bank of America ending in x-3764,

and falsely representing that Innovative Components LLC had come under new management, with an address at 124 Glen Forrest Drive, Nebo, North Carolina.

i. From on or about January 18, 2020 through on or about October 7, 2021, MEADE transferred cryptocurrency between various cryptocurrency accounts, including, among others, Coinbase accounts, a Binance account, and non-custodial cryptocurrency wallets that he controlled ending in x-6ca7 and x-338d.

j. On or about October 7, 2021, MEADE transferred approximately $134,735.92 worth of cryptocurrency from his non-custodial cryptocurrency wallet ending in x-6ca7 to a Coinbase account ending in x-3eae held in the name "Chet West."

k. On or about October 7, 2021, MEADE transferred approximately $116,326.55 worth of cryptocurrency from his non-custodial cryptocurrency wallet ending in x-338d to WEST's Coinbase account ending in x-3eae.

l. On or about October 7, 2021 and on or about October 11, 2021, WEST transferred a total of $251,125 from his Coinbase account ending in x-3eae to his account at Great Western Bank ending in x-8184.

m. On or about October 13, 2021, WEST transferred $232,572.68 from his account at Great Western Bank ending in x-8184 to an account at Bangor Savings Bank ending in x-6668, with wire details listing "CHET L. WEST" as the originator and with reference to "QNZ LLC, 297 Bar Island, Milbridge, ME 04658."

n. On or about October 13, 2021, WEST transferred $13,552.32 from his account at Great Western Bank ending in x-8184 to a QNZ LLC account at Bank of America ending in x-0810, with wire details listing "CHET L. WEST" as the originator.

o. On or about October 13, 2021, MEADE and WEST caused QNZ LLC, acting through WEST's family member using the title "Member," to execute closing documents and purchase the 297 Bar Island, Milbridge, Maine property in the name of QNZ LLC, when the property was actually purchased by and for MEADE.

p. On or about October 27, 2021, MEADE caused an email to be sent from "office@liquidlevel.com" to Innovative Components customer P.B. & C. Co. Inc., attaching an Internal Revenue Service Form W-9 with a new TIN and new wire instructions for the new account at Bank of America ending in x-3764, and falsely representing that Innovative Components had come under new management with an address at 124 Glen Forrest Drive, Nebo, North Carolina.

q. On or about December 7, 2021, December 17, 2021, and January 21, 2022, MEADE and WEST transferred $75,000, $20,000, and $7,500, respectively, or a total of $102,500, from the Innovative Components LLC Bank of America account ending in x-3764 to WEST's account at Great Western Bank ending in x-8184.

r. From on or about December 10, 2021 through on or about January 26, 2022, WEST transferred $102,486.00 from his Great Western Bank account ending in x-8184 to a Coinbase account ending in x-3eae in the name "Chet West."

s. From on or about December 23, 2021 through on or about February 18, 2022, WEST transferred a total of approximately $101,826.68 worth of cryptocurrency from his Coinbase account ending in x-3eae, including: to a Coinbase account ending in x-bb8e held in the name of an individual with the initials K.M., whose identity is known to the Grand Jury; to a Crypto.com account ending in x-5942 held

in the name "Michael Meade;" and to MEADE's non-custodial cryptocurrency wallet ending in x-338d.

t. On or about January 12, 2022, MEADE transferred approximately $50,000 worth of cryptocurrency from his non-custodial cryptocurrency wallet ending in x-338d to the Coinbase account ending in x-bb8e held in the name of an individual with the initials K.M.

u. On or about April 16, 2022, MEADE received the deed to the property at 297 Bar Island, Milbridge, Maine, by way of priority mail package sent from Not Registered LC, 124 Glen Forrest Dr., Nebo, North Carolina, enclosing an envelope previously addressed to QNZ LLC.

All in violation of Title 18, United States Code, Section 371.

## COUNTS THREE THROUGH SEVEN
(Attempts to Interfere with Administration of Internal Revenue Laws)

17. The allegations in paragraphs 1 through 9 and 11 through 16 are incorporated by reference.

18. Beginning in or about 2001 and continuing to the date of this Indictment, MEADE failed to pay all the tax that was due and owing and therefore began to accrue and did accrue the federal tax obligation as described in this Indictment.

19. Beginning on or about August 27, 2011 and continuing to the date of this Indictment, the Internal Revenue Service conducted a tax-related administrative proceeding and action, namely, a collection action to collect MEADE's federal tax obligation.

20. In response to the collection action, beginning in or about July 2017 and continuing until at least in or about January 2020, MEADE falsely asserted in correspondence with the Internal

Revenue Service that he was not required to pay taxes, despite knowing that his federal tax obligation was approximately $2.5 million.

21. In or about August 2017, an Internal Revenue Service revenue officer contacted MEADE at Innovative Components LLC, explained the collections process, and told MEADE the first step towards a resolution was completing Internal Revenue Service Form 433A.

22. In or about September 2017, MEADE sent the Internal Revenue Service revenue amended tax returns for the various years 2001 through 2010, each of which falsely listed the amount due as $0.00.

23. From in or about July 2021 through in or about September 2021, as part of the collection action, the Internal Revenue Service sought and received approval for "alter ego" levies against Innovative Components LLC of Plantsville, Connecticut, in order to collect on MEADE's federal tax obligation and levied Innovative Components LLC banks, customers, and payment processors, and on each occasion, sent MEADE notices of such levies.

24. The Internal Revenue Service collection action was pending and known to and reasonably foreseeable by defendants MEADE and WEST at the time they engaged in the obstructive conduct described in this Indictment, which obstructive conduct was deliberately engaged in and intended to corruptly impede and obstruct the Internal Revenue Service collection action.

25. On or about the dates set forth in each count below, in the District of Connecticut and elsewhere, defendants MICHAEL JOSEPH MEADE and CHET LEE WEST, knowing of and reasonably foreseeing the collection action described herein, did corruptly obstruct and impede, and corruptly endeavor to obstruct and impede, the due administration of the internal revenue laws, including the collection action described herein, by committing and causing to be committed

various acts, each having a nexus to the collection action by, among other way, falsely representing to Innovative Components LLC customers that the business was under new management and that MEADE and the prior TIN were no longer associated with the company, changing the bank account into which Innovative Components LLC customers' payments were remitted, and providing Innovative Components LLC customers with false information and instructions on Internal Revenue Service Forms W-9 to cause them to prepare and file false and misleading Internal Revenue Service Forms 1099, all in order to obstruct and interfere with the Internal Revenue Service's attempts to collect on MEADE's federal tax obligation, each such instance set forth below constituting a separate count of this Indictment:

| **Count** | **Approx. Date** | **Description of Preparation and Presentation of Materially False and Fraudulent Document to the Internal Revenue Service** |
|---|---|---|
| 3 | October 1, 2021 | Email from "office@liquidlevel.com" to Innovative Components LLC customer S.F.K. Inc. d/b/a/ O. Inc., attaching Internal Revenue Service Form W-9 with a new TIN and wire instructions for a new account at Bank of America ending in x-3764, and falsely representing that Innovative Components LLC had come under new management. |
| 4 | October 1, 2021 | Email from "office@liquidlevel.com" to Innovative Components LLC customer D.S. LLC, attaching Internal Revenue Service Form W-9 with a new TIN and wire instructions for a new account at Bank of America ending in x-3764, and falsely representing that Innovative Components LLC had come under new management. |
| 5 | October 8, 2021 | Email from "office@liquidlevel.com" to Innovative Components LLC customer N.A. Inc. attaching Internal Revenue Service Form W-9 with a new TIN and falsely representing: "As of August 16, 2021 Innovative Components came under New Management. Any connections with Tax Identification number (EIN) 80-xxx1716, or Michael J. Meade was terminated at that time." |

| Count | Approx. Date | Description of Preparation and Presentation of Materially False and Fraudulent Document to the Internal Revenue Service |
|---|---|---|
| 6 | October 27, 2021 | Email from "office@liquidlevel.com" to Innovative Components LLC customer P.B. & C. Co. Inc. attaching Internal Revenue Service Form W-9 with a new TIN and wire instructions for a new account at Bank of America ending in x-3764, and falsely representing: "As of August 16, 2021 Innovative Components came under New Management. Any connections with Tax Identification number (EIN) 80-xxx1716, or Michael J. Meade was terminated at that time." |
| 7 | November 15, 2021 | Email from "office@liquidlevel.com" to Innovative Components LLC customer A. Inc. attaching Internal Revenue Service Form W-9 with a new TIN and wire instructions for a new account at Bank of America ending in x-3764, and falsely representing: "As of August 16, 2021 Innovative Components came under New Management. Any connections with Tax Identification number (EIN) 80-xxx1716, or Michael J. Meade was terminated at that time." |

All in violation of Title 26, United States Code, Section 7212(a) and Title 18, United States Code, Section 2.

**COUNTS EIGHT THROUGH FOURTEEN**
(Aiding or Assisting Filing of False Documents)

26. The allegations in paragraphs 1 through 9, 11 through 16, and 18 through 25 are incorporated by reference.

27. On or about the dates set forth in each count below, in the District of Connecticut and elsewhere, defendants MICHAEL JOSEPH MEADE and CHET LEE WEST did willfully aid, assist in, procure, counsel, and advise in the preparation and presentation of materially false and fraudulent documents to the Internal Revenue Service, as set forth in each count below, in connection with a matter arising under the internal revenue laws, namely, causing customers of Innovative Components LLC to submit Internal Revenue Service Forms 1099-NEC using a TIN different than the one previously issued to Innovative Components LLC, and thus falsely representing to the Internal Revenue Service that the funds referenced in the respective Forms

1099 were associated with and attributed to an individual with the initials Z.C., when the funds were actually associated with and attributed to MEADE, each such instance set forth below constituting a separate count of this Indictment:

| Count | Approx. Date | Description of Preparation and Presentation of Materially False and Fraudulent Document to the Internal Revenue Service |
|---|---|---|
| 8 | February 14, 2022 | Form 1099-NEC for Nonemployee Compensation, from Innovative Components LLC customer D.S. LLC., filed with the Internal Revenue Service in the amount of $5,315. |
| 9 | February 18, 2022 | Form 1099-NEC for Nonemployee Compensation, from Innovative Components LLC customer E.A.H. Inc., filed with the Internal Revenue Service in the amount of $4,675. |
| 10 | May 6, 2022 | Form 1099-NEC for Nonemployee Compensation, from Innovative Components LLC customer P.B. & C. Co. Inc., filed with the Internal Revenue Service in the amount of $20,169. |
| 11 | November 25, 2022 | Form 1099-NEC for Nonemployee Compensation, from Innovative Components LLC customer O. Inc., filed with the Internal Revenue Service in the amount of $14,520. |
| 12 | February 27, 2023 | Form 1099-NEC for Nonemployee Compensation, from Innovative Components LLC customer E.A.H. Inc., filed with the Internal Revenue Service in the amount of $10,815. |
| 13 | July 28, 2023 | Form 1099-NEC for Nonemployee Compensation, from Innovative Components LLC customer P.B. & C. Co. Inc., filed with the Internal Revenue Service in the amount of $3,516. |
| 14 | July 28, 2023 | Form 1099-NEC for Nonemployee Compensation, from Innovative Components LLC customer O. Inc., filed with the Internal Revenue Service in the amount of $10,445. |

All in violation of Title 26, United States Code, Section 7206(2) and Title 18, United States Code, Section 2.

**COUNTS FIFTEEN THROUGH TWENTY**
(Failure to File Tax Return)

28. The allegations in paragraphs 1 through 9, 11 through 16, 18 through 25, and 27 are incorporated by reference.

29. During each of the calendar years set forth below, defendant MICHAEL JOSEPH MEADE had and received in excess of $400 in self-employment income. By reason of such income, he was required by law, following the close of each calendar year set forth below and on or about each date set forth below, to make an income tax return to a person assigned to receive returns at the local office of the Internal Revenue Service at New Haven, Connecticut, to the Internal Revenue Service Center at Louisville, Kentucky or Kansas City, Missouri, or to another Internal Revenue Service office permitted by the Commissioner of Internal Revenue, stating specifically the items of his income and any deductions and credits to which he was entitled. Well knowing and believing all of the foregoing, MEADE did willfully fail, on or about each date set forth below, in the District of Connecticut and elsewhere, to make an income tax return, each such willful failure constituting a separate count of this Indictment.

| Count | Calendar Year | Date Income Tax Return Due |
|---|---|---|
| 15 | 2019 | July 15, 2020 |
| 16 | 2020 | May 17, 2021 |
| 17 | 2021 | April 19, 2022 |
| 18 | 2022 | April 18, 2023 |
| 19 | 2023 | April 16, 2024 |
| 20 | 2024 | April 15, 2025 |

All in violation of Title 26, United States Code, Section 7203.

A TRUE BILL

______________________________
FOREPERSON

______________________________
DAVID X. SULLIVAN
UNITED STATES ATTORNEY

______________________________
MICHAEL S. McGARRY
ASSISTANT UNITED STATES ATTORNEY

______________________________
PETER S. JONGBLOED
ASSISTANT UNITED STATES ATTORNEY