AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF             CONNECTICUT

United States

V.

Michael Joseph Meade

## EXHIBIT AND WITNESS LIST

Case Number: 3:26-cr-00064-OAW-1

| PRESIDING JUDGE<br>Maria E. Garcia | | | | | PLAINTIFF'S ATTORNEY<br>Michael McGarry | DEFENDANT'S ATTORNEY<br>Daniel Erwin |
|---|---|---|---|---|---|---|
| TRIAL DATE (S)<br>4/23/2026 | | | | | COURT REPORTER<br>Courtsmart | COURTROOM DEPUTY<br>Sarah Santos |
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES | |
|  | 1 | 4/23/2026 | Yes | Yes | Appearance Bond-Syntax | |
|  |  |  |  |  |  | |
|  |  |  |  |  |  | |
|  |  |  |  |  |  | |
|  |  |  |  |  |  | |
|  |  |  |  |  |  | |
|  |  |  |  |  |  | |
|  |  |  |  |  |  | |
|  |  |  |  |  |  | |
|  |  |  |  |  |  | |
|  |  |  |  |  |  | |
|  |  |  |  |  |  | |
|  |  |  |  |  |  | |
|  |  |  |  |  |  | |
|  |  |  |  |  |  | |
|  |  |  |  |  |  | |
|  |  |  |  |  |  | |
|  |  |  |  |  |  | |
|  |  |  |  |  |  | |
|  |  |  |  |  |  | |
|  |  |  |  |  |  | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____1_____ Pages