**UNITED STATES DISTRICT COURT**

**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:26-cr-00064-OAW-2 |
| vs. | 2026-09-05 |
| Chet Lee West | |

# DEFENDANT'S MOTION TO COMPEL DISCOVERY AS TO EVIDENCE OF INNATE LIABILITY

Comes now, Chet Lee West, hereinafter known as Defendant, and files this DEFENDANT'S MOTION TO COMPEL DISCOVERY AS TO EVIDENCE OF INNATE LIABILITY. Whereas, Defendant thoroughly examined Discovery provided by the Government, Defendant is still unable to locate any evidence that Defendant meets the definition of a "taxpayer" (26-USC-7701(a)(14)), or the definition of any party that is required to "file a return," or pay any "internal revenue tax," much less an "income tax" aka 1040 tax. Therefore, Defendant moves this Court compel the Government to reveal the file in Discovery where evidence resides. Or bring forth a qualified witness bearing an authenticated,

certified statement as to Defendant's liability which can be entered on the record. The witness(es) shall also be in possession of the supporting documentation on which they base their assertions. Thus, all can then be examined by Defendant. Support for this Motion is sustained by the following good and sufficient reasons:

## I.
## STATEMENT

The Being spelling thus is called Chet Lee West and is a "living soul" (Genesis 2:7) having received the breath of life from YaHuWaH. Chet Lee West having experienced nativity via a member of mankind with a womb is, therefore, a member of mankind, hereafter a "Man" for brevity. More than one witness certified Chet Lee West took his first breath of air on land designated Hillsborough county, of Florida state, circa late in the Year of our Lord Nineteen Hundred and Fifty-Five (1955AD.) Thus, experiencing nativity on the land Florida state, being one of the several States now compacting the nation named United States of America, Chet Lee West thereby received the designation "One of the People."

This designation comes from the People's effort to ensure that their "*certain unalienable Rights*" were given all due enforcements. In their Declaration of Independence, 1776, the People declared "*That to secure these rights, Governments are instituted among Men, deriving their just powers from the consent of the governed.*" Then the People drew up a constitution which they

opened with "*We the People… to… secure the Blessings of Liberty to ourselves and our Posterity.*" Thus, the living soul, Chet Lee West, being that Posterity, and therefore one of the People, is "*truly the sovereigns of the country* [USA] *but they are sovereigns without subjects… and have none to govern but themselves;*" Chisholm v. Georgia, 2 U.S. 419 (1793) @ 471.

When considering the foregoing, the status and position of Chet Lee West is most easily quoted as a "Sovereign Being." *Chisholm* referred to one holding this status as "Prince" and demonstrated the supremacy of such sovereignty also at 471. To Wit:

*"It will be sufficient to observe briefly that the sovereignties in Europe, and particularly in England, exist on feudal principles. That system considers the Prince as the sovereign, and the people as his subjects; it regards his person as the object of allegiance, and excludes the idea of his being on an equal footing with a subject, either in a court of justice or elsewhere. That system contemplates him as being the fountain of honor and authority, and from his grace and grant derives all franchises, immunities and privileges; it is easy to perceive that such a sovereign could not be amenable to a court of justice, or subjected to judicial controul and actual constraint. It was of necessity, therefore, that suability became incompatible with such sovereignty. Besides, the Prince having all the Executive powers, the judgment of the courts would, in fact, be only monitory, not mandatory to him, and a capacity to be advised is a distinct thing from a capacity to be sued."*

Which was reinforced by a president who was a practiced lawyer:

*"We the people are the rightful masters of both Congress and the courts, not to overthrow the Constitution but to overthrow the men who pervert the Constitution."* — Abraham Lincoln ---

Therefore, this Court is admonished to remember its oath to "*secure these rights*"

and strictly enforce those restrictions found in the Amendments to the Constitution **for** the United States of America, Ratified 1791, upon the Government in the present case whose actions now mirror an abysmal situation also cataloged in *Chisholm @ 454*

*"Having thus avowed my disapprobation of the purposes for which the terms, state and sovereign are frequently used, and of the object to which the application of the last of them is almost universally made, it is now proper that I should disclose the meaning which I assign to both, and the application,*
*Page 2 U. S. 455*
*which I make of the latter. In doing this, I shall have occasion incidently to evince how true it is that states and governments were made* ***for man****, and, at the same time, how true it is that* ***his creatures and servants have first deceived, next vilified, and, at last, oppressed their master and maker****."* Emphasis added.

Defendant moves the Court to take judicial notice of the Internal Revenue Service (IRS) agents and their appointed attorneys (DOJ), aka the Government, famously excelling at the deceiving and oppression of Defendant(s) via the vilifying use of the oxymoronic castigation "Sovereign Citizen" in place of his true status of Sovereign Being described above. Reference Exhibit 'A'.

## II.
## VILLIFACTION:
## SOVEREIGN CITIZEN LUNITIC

Defendant began this consternation with his servants the Internal Revenue Service (IRS) almost 30 years ago next month. At that time Defendant was recreating with friends on a primitive firearms range. One R. A. Wildman [his given name] asked "You know the Income Tax is a scam right?" To which Defendant

replied, “Will I know I don’t like it, but I didn’t know anything about a scam.” Then he says, “Yup, it’s a scam because there is no law that says a man workin’ to feed his self and his family has to pay any kind of tax, much less a tax on income!”

Defendant, being in the top five percent of graduates at the 6-91 Special Forces Operation and Intelligences Course (O&I), felt those skills would be sufficient to confirm or deny whether there is in fact any law requiring the People working for compensation, that then goes to support their Right to Life, to pay a tax on that cash. The first inquiry went to Defendant’s servants IRS. The only thing the supposedly informed workers would say is “We can’t give you legal advice.” Imagine that. The contractually obligated folks that are tasked with collecting trillions of dollars yearly could not or would not tell Defendant where their authority came from.

Defendant then contacted People that advertised the IRS's lack of answering. Then, there were former IRS personnel which had left the IRS because they valued their integrity more than a paycheck. The research went on some four years. After sufficiently confirming R. A. Wildman’s claim, Defendant filed the supposedly required Form 1040 US Individual Income Tax Return 2001 with “UNDER DURESS” written across the “Under penalty of perjury,” statement. A few weeks later that Return arrived in the mail. The IRS had written a stern letter

saying the Return would not be accepted and that Defendant must do it over. As they would not state the “law” which required Defendant to do so, Defendant declined to acquiesce. Defendant filed no Returns for any tax year after the "UNDER DURESS" one to this day.

This began a series of back and forth letters/forms between Defendant and his servants IRS. Circa 2006 a supposed “manager’ at IRS, Ogden, Utah received a letter from Defendant stating Defendant neither resided in the District of Columbia, nor had any business(es) there. This letter appears to be an informal rendering of the “revocation of election [to be treated as a taxpayer]" found in 26 U.S. Code § 6013. Whatever the case, Defendant’s 2007, 2008 and 2009 Individual Master File (IMF) pages show no income even though there were Form W-2s for all those years for roughly $100,000 compensation form a computer repair company. Exhibit 'A'.

It is presumed that the “manager” at IRS Utah honored the “revocation of election” and put in a “frozen from refund” command into Defendant’s IMF. There is evidence that someone did, however IRS has been reluctant to give any details of how the IMF works. The IRS “expert” called to testify in case 8:13CR273, District of Nebraska, when asked by Defendant to explain why the IMF report for pages showed no “income” nor taxes due, the expert replied, “It’s because you didn’t file your tax returns.” As there had been no returns filed for 2001-2006 and there was

"income" shown, it makes one wonder just how truthful that expert was being. See attached Exhibit 'A' for letters and IMF records.

Nonetheless, Defendant no longer received forms and /or letters from IRS until Defendant published a small booklet entitled "Are You A Taxpayer? Really?! Prove It!" on the Amazon Kindle site, Tax Day 2019. Approximately 90 days after publication IRS filed Notice of Federal Tax Lein for roughly $440,000 in Douglas County Nebraska. After attempting to collect the sum from various sources, IRS opened a criminal investigation on Defendant. Agent Evan T. Carpenter was assigned as lead on the case. Reference Exhibit 'A' reports of conversation between Defendant and Carpenter. Defendant was incessant in asking IRS for someone, anyone, or anything, that could authenticate that the living soul Chet Lee West was in fact a "taxpayer" and required to file a return and pay income tax. Carpenter's only answer was a traditional "We can't give you legal advice." in an unrecorded interview near Jacksonville, Florida, circa February 2011. Again, more deception by Defendant's servants.

Defendant went to trial on three counts of tax evasion February 2015, reference case 8:13CR273 District of Nebraska. That Court had evidently made up it's mind that Chet Lee West must be silenced. The Court worked with rabid intensity to make sure the jury never heard anything about the particular words and

phrases which Congress had redefined as “terms” to turn what appears to be ordinary language extraordinary, and to cover only very finite circumstances. There were even a couple of times in that trial that ex parte communication was the only explanation for events.

Even the final jury instructions had the phrase “…you must find Mr. West guilty…” among other directives. But, hold IRS to "due process," was not found.

The above premise of avowed censorship was affirmed as true when at sentencing the bench declared the elemental danger that Defendant posed:

*“THE COURT: Now, that having been said, I have to consider a number of statutory factors when deciding what is an appropriate sentence to impose. And in a case like this, one of the most important factors is general deterrence. We have a tax system in this country. We have tax laws and regulations. And nobody likes to pay taxes. It's not fun. But it is a price that we all pay for living in a free society. And people who earn money and don't pay taxes are hurting this nation and hurting their fellow citizens. And it's a crime. And people need to understand that that's a crime. And in this particular case, the crime really went on for many, many years as is evidenced by the relevant conduct and the amount of loss. Mr. West has skills. He was earning around $100,000 a year at one point in time as a computer analyst and consultant. And he did use sophisticated means to funnel his income off into different entities in order to try to hide the income and avoid the taxes---evade taxes. And one of the most egregious things that came out during the trial was that Mr. West was encouraging other people to engage in similar criminal activity. And he was benefiting financially from their ignorance or naivete in following his advice. People who otherwise would have been law-abiding citizens and taxpayers ended up getting into a lot of trouble and paying a lot of extra money because Mr. West pulled them into his theory of the world which is a criminal theory. And that was a sad bit of information to hear during the trial. So general deterrence is important, and specific deterrence is also important in this case. That's another thing that I am supposed to consider. Frankly, I don't believe that any length of*

*sentence or any particular punishment will ever deter Mr. West from his beliefs and his mode of conduct. But it is important that we do let other people know that this is not something that our society can or will tolerate. I'm supposed to consider the danger that a defendant poses to society. And as I noted, Mr. West has been very active in trying to persuade other people to engage in criminal activity and he has profited from that, to their detriment."* Page 666 of sentencing hearing transcript. August 25, 2015.

As one can readily see, this supposed neutral arbitrator gave no heed to the Constitutional guarantees of "due process." The judge refused any attempt to require the party making the claim [IRS] that Chet Lee West indeed met the definition of a 'taxpayer' and was required to file a return plus pay income tax, to bring forth evidence of such. Instead, she shamelessly enforced the second plank of the Communist Manifesto:

*"2. A heavy progressive or graduated income tax."*

for the benefit and protection of her sacrosanct 'society.' Then, to make matters more absurd, this judge claimed that Chet Lee West victimized the IRS and awarded it restitution. To wit:

*"I do impose restitution in the amount of $439,515.81. That will be—that's due and owing immediately. And so to the extent that the IRS can collect it, they may go ahead and attempt to collect it."* [Page 668 of sentencing hearing transcript.]

The Defendant is certain every battered woman out there who, being true victims of physical, mental, and sexual abuse, are happy to be compared to a group of faceless bureaucrats that are not even held to the standard of showing that their abuser is in fact subject to the Internal Revenue Code (IRC) in the first place.

Moreover, the vilification continued through the Federal Bureau of Prisons (BoP) When "Sovereign Citizen. He is a hero in that community." was found hand printed in bold red ink on West, Chet L's BoP record, Defendant inmate asked for a copy. Defendant was told "No. And don't think about filing a FOIA request. You still won't get it."

After release, the infamous, rebellious, dangerous, anti-government pundit, Chet Lee West filed suit in the Western District of North Carolina (see 1:18CV317 and 1:19CV107.) That court dismissed West's suits sua sponte. Then, in proper legalese, the court proclaimed him a Sovereign Citizen Lunatic. Whom, if Defendant continued to file for remedy, would be returned to prison. All this deprecation for asking his servants to show Defendant the law that makes a Man working for a living liable for an income tax.

## III.
## DECEIT:
## WHERE IS THE LAW?

The Internal Revenue Code (IRC) is not 'law' as in the "Law of Gravity" or "The Laws of Thermal Dynamics." It is NOT an immutable force acting at all times on every living soul wherever those souls may be found. It is undetectable. Having neither length, width, height, weight, nor mass of any kind. The IRC does not glow

in the dark, make any shadow on an X-Ray plate, or set off a Giger counter. Being undetectable, the IRC cannot be violated. For how would one produce a corpus deliciti or establish mens rea? It, therefore, does not exist on this material plane or in the 'reality' we Men inhabit. So where is it? It resides only in the minds of Men. It is therefore, an "imagination."

The imaginary IRC's only tether to reality is found on parchments with ink smudges thereon, bound together in books. However, once the books are published and placed on a shelf, they are impotent. "Heaven and Earth shall pass away" and the IRC will remain on its shelf unless and until, there is a "meeting of the minds."

A "meeting of the minds" refers to mutual assent by all parties to the formation of a contract. And where in the imaginary IRC do we find a definition referring to such contracts? That would be 26-USC-7343 Definition of the term person.

**26 U.S. Code § 7343 - Definition of term "person"**

*"The term "person" as used in this chapter includes an officer or employee of a corporation, or a member or employee of a partnership, who as such officer,employee, or member is* ***under a duty*** *to perform the act in respect of which the violation occurs."* (Aug. 16, 1954, ch. 736, 68A Stat. 872.) Emphasis added.

In dissecting this definition, we must first look to see if there are any other defined terms used. The two that stick out immediately are "includes" and "employee."

7701(c) Includes and including

*"The terms "includes" and "including" when used in a definition contained in this title shall not be deemed to exclude other things otherwise within the meaning of the term defined."*

This definition has double negatives in it. Removing those directs us to replace "includes" with "is only."

There are multiple definitions of the term "employee" found in the IRC. For our discussion, the thing in common to all of them is the fact they are the result of a Man entering into contract with other Men. This is the key to 26-USC-7343 which is used as an identifier for all the penal statutes of IRC Chapter 75.

To put it in simple terms, the IRS, as the claimant that any Man is a "taxpayer," must show the contracts which said Man signed /entered into, in order to assume the title of employee / officer / member, which is **"under a duty"** to file a return and pay income tax aka "subject to the IRC." Nothing else satisfies the "due process rights" guaranteed by the Constitution.

## III.
## ANSWER THE QUESTION

IRS recently docked Defendant's Old Age Benefit for over $1700 a month. Defendant filed a letter entitled:

**26-USC-6203 Request for Tax Year 2001-2009 TIN: XXX-XX-** *x xXx*

reference Exhibit 'B'. The questions and assistance requested of IRS are a

culmination of those asked over the last 30 years. Defendant moves the Court to compel the Government to answer these questions that justice may truly be served. From the letter:

1) "Do you have authenticated, irrefutable evidence that the living soul Chet West, is a "taxpayer" required to file a return and pay income tax?"

The term "taxpayer" is rather broad. However, *Moore* recently defined it more narrowly.

To Wit: *"Indeed, the parties have cited no apportioned direct taxes in the current Internal Revenue Code, and it appears that Congress has not enacted an apportioned tax since the Civil War. See 12 Stat. 297; E. Jensen, The Taxing Power: A Reference Guide to the United States Constitution 89 (2005).*
*By contrast, indirect taxes are the familiar federal taxes imposed on activities or transactions… Because income taxes are indirect taxes, they are permitted under Article I, §8 without apportionment."*
CHARLES G. MOORE, ET UX., PETITIONERS *v.* UNITED STATES @pg 6.

So a "taxpayer" is one subject to an indirect [excise] tax.

Therefore, IRS must bring forth the precise activity or transaction which Chet Lee West engaged in. Also, the statute that makes Defendant liable to pay the tax on said activity or transaction. It is so moved.

2) "Dear IRS employee: Do you have authenticated, irrefutable, evidence that one of the People, Chet West, is "under a duty" to file a return and pay income tax? Please present it!"

From the Letter: "Further, I recently became aware of USDC case number 3:24-CV-04075-TLT, just heard in 2024, IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, where US Prosecutor ALICE Y. LEE (D.C. Bar #1724949), Trial Attorney,

Tax Division for the U.S. Department of Justice was unable answer these very same questions in-court, under oath."

Perhaps the Government could enlist Attorney Joseph Castro to answer these questions as he is touted as being an expert on taxation. The Government is hereby informed that the qualified offer to plead "no contest" to all charges, referenced in the pre-arraignment motion filed May 6, 2026, stands. Defendant only seeks to be as cost effective as possible in finding the truth and not to burden USA with the cost of a trial.

## IV.
## REVOCATIONS OF ALL SIGNATURES

From the letter to IRS: "Therefore; at this time, to prevent my potential prosecution under 26-USC-7206, this is my **formal notice** that until you can help me verify that I am responsible for filing an IRS form 1040 and for paying Federal income tax, I am **rescinding my signature** from any and all previous filings made to the Treasury Department/Internal-Revenue-Service."

For the record: I, Chet Lee West, do hereby rescind any and all of my signatures, and or marks, on or about any IRS / US Treasury Forms such as, but not limited to, Form 1040, Form 1120, form W-4, Form W-9.

## IV.
## CONCLUSION

Thus, the Court is moved to compel the Government to bring forth evidence of innate liability to the Internal Revenue Code, on which the present case now

rests, for the preceding good and sufficient reasons.

Furthermore, now that the Court has been advised of the chicanery, skullduggery, fraud, trickery, and deceit, propagated by the Government over the last 30 years upon and about Defendant, the Court is free to dismiss all charges with prejudice, so that justice shall truly be served. The Court is authorized to dismiss by answering this simple question:

"Where in the Constitution does it permit any One of the People to be deprived of Life, Liberty or Property via a tax, unless that One has first been presented with authenticated, irrefutable evidence that the One is under a duty to file a return and pay said tax?"

Chet Lee West
777 Glen Forrest Dr.
Nebo, NC [28761]

828-490-3252
chetwest5@gmail.com

# CERTIFICATE OF SERVICE

I hereby certify that on date above stamped by the Clerk of Court, I caused to be served the foregoing DEFENDANT'S MOTION TO COMPEL DISCOVERY AS TO EVIDENCE OF INNATE LIABILITY upon the following parties by entering the executed documents into PACER:

DAVID X. SULLLIVAN
UNITED STATES ATTORNEY
157 Church Street, 25thFloor
New Haven, CT 06510
(203) 821-3700
E-Mail; dsullivan@usa.doj.gov

MICHAEL S. McGARRY
ASSISTANT UNITED STATES ATTORNEY
157 Church Street, 25th Floor
New Haven, CT 06510
(203) 773-5378
E-Mail;michael.mcgarry@usa.doj.gov

PETER S. JONGBLOED
ASSISTANT UNITED STATES ATTORNEY
157 Church Street, 25th Floor
New Haven, CT 06510
(203) 773-5378
E-Mail; dsullivan@usa.doj.gov

Joseph Castro
DOJ Criminal Division
950 Pennsylvania Avenue NW
Washington, DC 20530202-598-1216
Email: joseph.castro3@usdoj.gov

Chet Lee West
777 Glen Forrest Dr.
Nebo, NC [28761]
828-490-3252
chetwest5@gmail.com

Certified mail receipt #:7004 2890 0001 7056 1862

From: Chet L. West
643 N.98th St.
Ste 148
Omaha, NE 68114

July 26, 2006

To: Scott Prentky
IRS
Ogden, UT 84201-0030

Ref: LTR 105C dated June 15, 2006 and CP-15 dated June 26, 2006 relating to Account: TY1998 SSN [redacted] copies enclosed.

Sir,

There appears to be some confusion as to my status and the content of my filings. I am Chet Lee West, a sovereign individual and native American. I was born in the county Hillsborough, the state Florida of the United States of America on [redacted] 1955. That event entered me into the class of individuals known as the People. In 1788 the People ratified the Constitution of the United States (U.S.). The U.S. is a construct of the People, empowered as their agent to deal with other countries and referee contest and commerce between the States. It is not sovereign over the People but subject to them. The U.S. was given a geographic residence and jurisdiction over individuals therein, as well as the ability to acquire other "needful places" and jurisdiction over them. I was not born in any of the U.S. possessions, nor have I filed papers asking to be naturalized as a citizen thereof. Therefore, I am not a U.S. citizen and subject thereof, but considered a U.S. non-resident alien, and Non-Taxpayer, as defined by the Supreme Court,[1] having no business or obligation in the internal practices of the U.S.

Exhibit A

[1] *"The revenue laws are a code or system in regulation of tax assessment and collection.* ***They relate to taxpayers, and not to nontaxpayers. The latter are without their scope.*** *No procedure is prescribed for nontaxpayers, and no attempt is made to annul any of their rights and remedies in due course of law.* ***With them [nontaxpayers] Congress does not assume to deal, and they are neither of the subject nor of the object of the revenue laws".*** [emphasis added] Economy Plumbing and Heating Co. v. US, 470 F. 2d 585 (1972)

FRP 1
SEP 01 2006
RECEIVED

1 of 2

Certified mail receipt #:7004 2890 0001 7056 1862

As for the account TY1998 SSN which opened by informational filings of legal entities. These entities, weather thru malice, ignorance or fraudulent collusion, filed information with the Internal Revenue Service of the U.S. (IRS) stating that monies paid to me as compensation for my labor, my sole property, were in fact "wages", a legal term defined in the U.S. Internal Revenue Code (IRC). "Wages" are one of the components of the definition, or formula, that defines "Adjusted Gross Income" (AGI) on which is levied a wholly Constitutional excise tax. Due to misinformation presented by advisors, lack of designation that "wages" was not a word of common use but a specific term, and the shear volume of verbiage between the site of AGI and the "wages" definition, I allowed the information to stand as presented. I have since become educated to these errors and, using the forms provided, notified you these monies are *not* "wages", along with the fact that you have improper possession of my property and I wish it returned.

These notification are wholly based in law. Your opinion that they are "frivolous" has been put to rest by the preceding information. You are bound by statutes of the U.S. , your employer as defined by the IRC, and IRS statements that they will deal equitably with everyone, to notate the provided testimony to this account and settle it by returning the overpayment that has occurred. You are also required to resend the penalty imposed, as it has been shown baseless. I expect this to be accomplished within 30 days of receipt of this correspondence as you have already had in your possession the lawfully and proper filings since December 2005

Exhibit A

With Sovereignty Endowed by the Creator,

Chet Lee West

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

CHET L WEST EIN/SSN: [redacted]

TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040 TAX PERIOD: DEC 2005

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|---|---|---|---|---|
| | ADJUSTED GROSS INCOME 126,869.00 | | | |
| | TAXABLE INCOME 119,565.00 | | | |
| 06-14-2007 | SUBSTITUTE FOR RETURN 29210-888-00000-7 | 0.00 | | 07-02-2007 |
| | ESTIMATED TAX PENALTY 20080608 | 1,193.39 | | 02-18-2008 |
| | LATE FILING PENALTY 20080608 | 6,694.20 | | 02-18-2008 |
| | ADDITIONAL TAX ASSESSED BY EXAMINATION AUDIT DEFICIENCY PER DEFAULT OF 90 DAY LETTER 29247-429-00285-8 20080608 | 29,752.00 | | 02-18-2008 |
| 02-18-2008 | RENUMBERED RETURN 29247-429-00285-8 | | | |
| | INTEREST ASSESSED 20080608 | 5,655.88 | | 02-18-2008 |
| | FAILURE TO PAY TAX PENALTY 20080608 | 3,421.48 | | 02-18-2008 |
| 06-30-2008 | MODULE IN FEDERAL PAYMENT LEVY PROGRAM | | | |
| | FAILURE TO PAY TAX PENALTY 20084308 | 1,933.88 | | 11-03-2008 |



Exhibit A

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

CHET L WEST EIN/SSN: [redacted]

TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040 TAX PERIOD: DEC 2005

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|---|---|---|---|---|
| 06-25-2009 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE LEVY NOTICE ISSUED | | | |
| 06-30-2009 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE RETURN RECEIPT SIGNED | | | |
| 07-03-2009 | FEDERAL TAX LIEN | | | |
| 02-18-2008 | Statutory Notice of Balance Due | | | |
| 05-12-2008 | Statutory Notice of Intent to Levy | | | |
| 11-03-2008 | Statutory Notice of Balance Due | | | |



Exhibit A

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

---

CHET L WEST EIN/SSN: [redacted]

TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040 TAX PERIOD: DEC 2005

---

BALANCE 48,650.83

---

I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED, AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN. I FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.

---

SIGNATURE OF CERTIFYING OFFICER:____________________

PRINT NAME:____________________

TITLE:____________________

DELEGATION ORDER:____________________

LOCATION: INTERNAL REVENUE SERVICE
KANSAS CITY, MO

ACCOUNT STATUS DATE 07/23/2010

FORM 4340 (REV. 01-2002) PAGE 3

Exhibit A

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

CHET L WEST EIN/SSN: [redacted]

TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040 TAX PERIOD: DEC 2006

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|---|---|---|---|---|
| | ADJUSTED GROSS INCOME 102,967.00 | | | |
| | TAXABLE INCOME 94,517.00 | | | |
| 08-28-2008 | SUBSTITUTE FOR RETURN 29210-888-00000-8 | 0.00 | | 09-15-2008 |
| | ESTIMATED TAX PENALTY 20092308 | 1,002.49 | | 06-22-2009 |
| | LATE FILING PENALTY 20092308 | 4,766.40 | | 06-22-2009 |
| | ADDITIONAL TAX ASSESSED BY EXAMINATION AUDIT DEFICIENCY PER DEFAULT OF 90 DAY LETTER 29247-552-01390-9 20092308 | 21,184.00 | | 06-22-2009 |
| 06-22-2009 | RENUMBERED RETURN 29247-552-01390-9 | | | |
| | INTEREST ASSESSED 20092308 | 3,851.07 | | 06-22-2009 |
| | FAILURE TO PAY TAX PENALTY 20092308 | 2,859.84 | | 06-22-2009 |
| 07-20-2009 | MODULE IN FEDERAL PAYMENT LEVY PROGRAM | | | |
| 07-17-2009 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE LEVY NOTICE ISSUED | | | |



Exhibit A

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

CHET L WEST EIN/SSN: [redacted]

TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040 TAX PERIOD: DEC 2006

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|---|---|---|---|---|
| 07-24-2009 | FEDERAL TAX LIEN | | | |
| 08-17-2009 | FEES AND COLLECTION COSTS | 12.00 | | |
| 07-21-2009 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE RETURN RECEIPT SIGNED | | | |
| 02-04-2008 | Taxpayer Deliquency Notice | | | |
| 06-22-2009 | Statutory Notice of Balance Due | | | |



Exhibit A

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

---

CHET L WEST EIN/SSN [redacted]

TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040 TAX PERIOD: DEC 2006

---

BALANCE 33,675.80

---

I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED, AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN. I FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.

---

SIGNATURE OF CERTIFYING OFFICER:________________

PRINT NAME:________________

TITLE:________________

DELEGATION ORDER:________________

LOCATION: INTERNAL REVENUE SERVICE
KANSAS CITY, MO

ACCOUNT STATUS DATE 07/23/2010

FORM 4340 (REV. 01-2002) PAGE 3

Exhibit A

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

CHET L WEST EIN/SSN: [redacted]

TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040 TAX PERIOD: DEC 2007

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|---|---|---|---|---|
| | NO RECORD OF RETURN FILED | | | |
| 07-06-2009 | Taxpayer Deliquency Notice | | | |

FORM 4340 (REV. 01-2002) PAGE 1

Exhibit A

---

CHET L WEST EIN/SSN: [redacted]

TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040 TAX PERIOD: DEC 2007

---

BALANCE 0.00

---

I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED, AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN. I FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.

---

SIGNATURE OF CERTIFYING OFFICER:____________________

PRINT NAME:____________________

TITLE:____________________

DELEGATION ORDER:____________________

LOCATION: INTERNAL REVENUE SERVICE
KANSAS CITY, MO

ACCOUNT STATUS DATE 07/23/2010

Exhibit A

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

CHET L WEST EIN/SSN: [redacted]

TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040 TAX PERIOD: DEC 2008

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
| --- | --- | --- | --- | --- |
| | NO RECORD OF RETURN FILED | | | |
| 12-21-2009 | Taxpayer Deliquency Notice | | | |

FORM 4340 (REV. 01-2002) PAGE 1

Exhibit A

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

---

CHET L WEST EIN/SSN: [redacted]

TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040 TAX PERIOD: DEC 2008

---

BALANCE 0.00

---

I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED, AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN. I FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.

---

SIGNATURE OF CERTIFYING OFFICER:_______________

PRINT NAME:_______________

TITLE:_______________

DELEGATION ORDER:_______________

LOCATION: INTERNAL REVENUE SERVICE
KANSAS CITY, MO

ACCOUNT STATUS DATE 07/23/2010

FORM 4340 (REV. 01-2002) PAGE 2

Exhibit A

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

CHET L WEST EIN/SSN: [redacted]

TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040 TAX PERIOD: DEC 2009

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|---|---|---|---|---|
| | NO RECORD OF RETURN FILED | | | |

FORM 4340 (REV. 01-2002) PAGE 1

Exhibit A

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

---

CHET L WEST EIN/SSN: [redacted]

TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040 TAX PERIOD: DEC 2009

---

BALANCE 0.00

---

I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED, AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN. I FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.

---

SIGNATURE OF CERTIFYING OFFICER:____________________

PRINT NAME:________________________________________

TITLE:_____________________________________________

DELEGATION ORDER:__________________________________

LOCATION: INTERNAL REVENUE SERVICE
KANSAS CITY, MO

ACCOUNT STATUS DATE 07/23/2010

FORM 4340 (REV. 01-2002) PAGE 2

Exhibit A

**DEPARTMENT OF THE TREASURY**
**Internal Revenue Service**
**Criminal Investigation**

# Memorandum of Contact

| | | | |
|---|---|---|---|
| **Investigation #:** | 1000235239 | **Location:** | Internal Revenue Service<br>Criminal Investigation (IRS-CI)<br>1616 Capitol Avenue, Suite 460<br>Omaha, Nebraska |
| **Investigation Name:** | Chet Lee West | | |
| **Date:** | February 24, 2011 | | |
| **Time: (Approximately)** | 9:10 a.m. - 9:15 a.m. | | |
| **Participant(s):** | Chet L. West, Subject<br>Evan T. Carpenter, Special Agent<br>Ashley R. Thompson, Special Agent | | |

Exhibit A

On the above date and time I, Special Agent Evan T. Carpenter, and Special Agent Ashley R. Thompson used a speaker telephone in the conference/break room of the Internal Revenue Service, Criminal Investigation (IRS-CI), 1616 Capitol Avenue, Suite 460, Omaha, Nebraska and via a telephone call to (575) 644-6702, contacted Chet L. West. West had provided this as his cellular telephone number at the end of his interview on January 19, 2011. During the interview, West was served a summons for the corporate records of his businesses. I, Special Agent Evan T. Carpenter, subsequently granted an extension via email for West's summons response to February 18, 2011. On February 14, 2011, I received a certified package from West that contained the book, "Income Tax: Shattering The Myths" by Dave Champion. Inside the front cover of the book was a letter from West dated February 7, 2011 (attached), and a CD-R with the handwritten label of, "IRS Attorney Kimberly Clark Answers Questions About Weather She Has Witnesses That Will State the Defendant is a Taxpayer 12/15/2010." Directly below West's signature, his letter contained in part the following; "P.S. As to your Summons: I belatedly realized how foolish it was of me to speak with you for 2 hours alone. I am in the process of selecting legal counsel. Accordingly, I will be sending you nothing until an attorney has an opportunity to review this matter."

The purpose of this contact was to determine whom West selected as his legal counsel and remind West that to date; no business records have been received in response to the summons. The male voice that answered the telephone identified himself as West. I, Special Agent Evan T. Carpenter introduced myself and Special Agent Ashley R. Thompson to West as Special Agents with the Internal Revenue Service, Criminal Investigation (IRS-CI). The following pertinent information was discussed:

1. I, Special Agent Evan T. Carpenter asked if West had selected an attorney, West replied, "No." I asked if West was in the process of getting an attorney, West replied, "Yes." I told West he also needed to fill out and submit an IRS Form 2848, Power of Attorney, authorizing them to speak on West's behalf.

2. I asked if West had his business records gathered or if he needed another extension for his summons response. West responded by asking if I have any evidence those (West's) businesses are subject to income tax.

3. I tried to explain to West that he needed to provide his business records, because business records do not have the same protection as personal records.

4. I again asked West if he needed another extension for his summons response, but West replied that he wanted an answer to his question. Continuing throughout most of the telephone call, West kept asking if I have any evidence or someone who could state his businesses are subject to income tax.

5. I asked West if he recalled when I read him his rights and what his rights were, West said, yes (he remembered his rights). I reminded West that according to the letter he sent, he (West) was seeking legal counsel, and asked him if he wished to continue talking at this time without a lawyer present. West said he was waiting for an answer.

6. I reminded West that it is easy to take things out of context. I told West I had information that income was going through his companies. Again, I asked West if he needed more time for his summons response or if there were no business records available.

7. West again said he needed a statement that the businesses are subject to tax and that he was a taxpayer. I told West he had my verbal statements, that I expected his business records and a Power of Attorney (IRS Form 2848). I requested West contact me next week and let me know how he was doing with his business records and Power of Attorney.

At approximately 9:15 a.m., the telephone call was ended.

I prepared this memorandum on February 24, 2011, after refreshing my memory from notes made during and immediately after the telephone call with Chet L. West.

Memorandum Author E.T. Carpenter E
Evan T. Carpenter
Special Agent

Ashley Thompson E
Ashley R. Thompson
Special Agent

Exhibit A

Dear Special Agent Evan T. Carpenter

During our recent conversation you repeatedly told me you were seeking my point of view. I will share a few of them with you here.

The Service is obviously investigating whether I've committed some criminal violation, yet for many years I've been unable to get anyone at the IRS to speak with me about any law that has imposed the income tax upon a class of person that embraces me. Although you are investigating me for a potential criminal violation, you also declined to speak with me about this question.

You declined to speak with me about the law, saying that you cannot give legal advice. I hope you'll forgive me if I observe that is a nonsensical response. You're not an attorney, therefore any discussion you'd have with me on the subject could not possibly be "legal advice" since only attorneys can give legal advice. I will comment that I find it bizarre that in an ostensibly free country the government will place me under investigation for the criminal offense of failing to file a return or pay income tax, but has consistently refuses to tell me where the law is that makes me a person required do so.

Since the government has repeatedly refused to discuss the law, I've had to take my questions elsewhere. I have done a lot of research over the years. Several years ago I came to a number of conclusions about who the tax has been imposed upon and who it has not. Unfortunately, the facts and law are too complex and length to convey here.

At the close of out recent discussion you told me that you would read anything I might provide to you that bears upon my beliefs and my actions. I intend to hold you to your word. Accordingly, I have enclosed a copy of the book "Income Tax: Shattering The Myths". While the book was released in 2010 it contains the most thorough articulation of the facts and law of my case. These are views I have held for many years. Mr. Champion simply does an outstanding job if laying it all out; far better than I could do myself.

The bottom line is, that I have taken the actions I have taken over the years based on my sincerely held beliefs. Those sincerely held beliefs are the result of years of study and research. I was forced to conduct this study and research without any input from the U.S. government because I can find no one in the U.S. government

Exhibit A

who will speak to me about the law and/or respond to the question I posed the second paragraph of this letter.

I know that sworn federal law enforcement personnel are allowed to lie to the target of an investigation. Nevertheless, I hope you will honor your words to me and read the material I have provided. Who knows; you might even enjoy it!

Sincerely,

Chet Lee West 2/7/11

P.S. As to your Summons: I belatedly realized how foolish it was of me to speak with you for 2 hours alone. I am in the process of selecting legal counsel. Accordingly, I will be sending you nothing until an attorney has an opportunity to review this matter.

P.P.S Also, included in this post is a recording of an IRS attorney admitting that she has no witnesses with first-hand knowledge that the defendant in that case is a Taxpayer. Noting that, I am asking you to please provide an affidavit from the witness(s) who affirmed that I am a Taxpayer by virtue of being subject to an internal revenue tax. It would also be proper if the witness could articulate the attributes of the class(s) of person(s) on which Congress has laid said tax and how it embraces me.

Exhibit A

Dear Special Agent Carpenter, March 8, 2011

I am still waiting for you to verify the validity of the summons you issued me on 19 JAN 2011.

Noting the case Economy Plumbing and Heating Co. v. United States, 470 F. 2d 585 (1972) which says "The revenue laws are a code or system in regulation of tax assessment and collection. ***They relate to taxpayers, and not to nontaxpayers. The latter are without their scope.*** No procedure is prescribed for nontaxpayers, and no attempt is made to annul any of their rights and remedies in due course of law. ***With them [nontaxpayers] Congress does not assume to deal***, and they are neither of the subject nor of the object of the revenue laws". [emphasis added]

I need an affidavit from a witness(s) that affirms which, if any, of the entities listed on Attachment B are Taxpayer(s) and which Internal Revenue Tax they are subject to. When I receive said verification(s) I will be able to comply with the summons.

Regards,

Chet West

Exhibit A

**Chet West** (828) 490-3252
**1427 SE US Hwy 301**
**Hawthorne FL 32640-3363**
Mailing Address:
777 Glen Forrest Dr.
Nebo, NC 28761

Date 2026-07-12

Attn: Internal Revenue Service
J. KARIKER
400 W. Bay Street
Mail Stop 5137
Jacksonville, Fl 32202-4410
Certified Mail # 9589 0710 5270 1808 1578 87

Exhibit 'B'

## 26-USC-6203 Request for Tax Year 2001-2009 TIN: XXX-XX-XXXX

Good Day, this is my question: "Do you have authenticated, irrefutable evidence that the living soul Chet West, is a "taxpayer" required to file a return and pay income tax?" The following is why I ask.

Please reference the attached statute (6203) and its requirements on your action:
To wit: 26 U.S. Code § 6203 - Method of assessment

"The assessment shall be made by recording the liability of the taxpayer in the office of the Secretary in accordance with rules or regulations prescribed by the Secretary. Upon request of the taxpayer, the Secretary shall furnish the taxpayer a copy of the record of the assessment." Emphasis added

In §6203 the phrase "recording the liability of the taxpayer" is paramount to any adverse action such as collection or distraint. It presumes that one of We the People, in this case Chet West, is in fact a "taxpayer." Ref. attached definition: (26USC7701(A)(14) Taxpayer.

Therefore, the first question must be: What evidence have you acquired that Chet West is, by definition, a "taxpayer?" As that is required by the Fifth Amendment "due process of law" clause, the evidence would need be authenticated and irrefutable.

Next the "liability" question. The only place in the Internal Revenue Code (IRC) where any of the People have found which assigns liability for (1040) income tax is the second sentence of 26-**U**nited **S**tates **C**ode-701 "…Persons carrying on business as partners shall be ***liable for income tax*** only in their separate or individual capacities."

That appears to leave out any of the People maintaining their unalienable Right to Life by trading their labor for cash with which they buy food, clothing and shelter.

But, having the US Treasury Department resources at your disposal, I am sure you can pull up the answer to this question:

"Has Chet West been made liable for income tax?"

Therefore, as per 26-**U**nited **S**tates **C**ode-6203 prescription, I am making a **formal request** that: "the Secretary shall furnish the taxpayer a copy of the record of the assessment" for me for the tax years 2000 through 2009 as shown on the Form 668-A sent to folks that have "rights to [Chet West] property."

This "copy of the record" is to include certified accounting confirming all figures and accounting, with full itemization of all assessments, including penalties and interest. It shall also include copies of all formulae, guidelines, and applicable policies supplied to the individuals making those accountings/assessments. And include sworn certification testifying to the accuracy of those accountings by each and every individual making such accountings and which formulae, guidelines and policies were applied to arrive at those accountings. These records must include the wet ink signature of the responsible IRS Assessment Officer / Service Center officer authorized to certify them along with their Appointment Letter(s).

That last bit is critically important due to what the courts have said about "assessments." To wit:

*"The assessment…may include the calculation and fix the amount of tax payable, and assessments of federal estate and income tax are of this type. Once the tax is assessed, the taxpayer will owe the sovereign the amount when the date fixed by law for payment arrives."* (emphasis added) Bull v. U.S., 295 US 247.

*"The IRS regulation explaining Section 6203, #301.6203-1 states: "The assessment shall be made by an assessment officer **signing** the summary record of assessment. The summary record through supporting records, shall provide identification of the taxpayer, the character of the liability assessed, the taxable period, if applicable, and the amount of the assessment. The amount of the assessment shall, in the case of tax shown on a return by the taxpayer be the amount so shown."*

*"It appears to us that the requirement of the applicable Treasury Regulation -that an assessment officer **sign** the assessment certificate- is consistent with literally mechanical procedures for recording of liability. The recordation is to be accomplished through machine operations, but the actual and final assessment, that step which establishes a prima facie case of taxpayer liability (26 CFR 601.104) can be taken only with approval of a responsible officer of the Internal Revenue Service. The Government may want to postpone assessment in certain cases because of the limitations on collection and the lien perfection that begin to*

Exhibit B

*run at the time of assessment.*

*This might be accomplished, after the computers have run their course, only by the assessment officer refusing to* ***sign*** *the already prepared certificate. What is important in any case is that assessment is not automatic upon recordation; it* ***requires*** *the action of an assessment officer. That action, as defined explicitly in the Treasury Regulations, is the* ***signing*** *of the certificate."* (emphasis added) Brafman v. U.S.,384 F2d 863 (5thCir. 1967), at p. 867.

*"If the assessment procedure is not followed, the assessment is void and the executions based thereon are invalid."* U.S. v. O'Conner291 F2d 520 (2ndCir 1961) and Iannelli v. Long, 329 F Supp. 1241 (W.D. Penn. 1971)

Exhibit 'B'

Perhaps when IRS employees are collecting the afore requested documents they could ask those responsible assessment officers to assist in answering this question: "Has Chet West been made liable for income tax?"

Furthermore, I have continued my research through many avenues, including the internet and law libraries for the Federal Statute that makes me responsible for paying Federal Income Tax and/or to file a form 1040, with no success to date. But my research did come up with the following Rule of Statutory Construction which concerns how one must read a statute:

- Expressum Facit Cessãre Taciturn Rule: ***"****When a statute includes an explicit definition, we must follow that definition; even if it varies from that term's ordinary meaning."* Meese v Keene, 481 US 465, 484-485, 95 L Ed 2d 415, 107 S Ct 1862 (1987).

Reference attached copy of 26-USC-7203. I looked up "***willful failure to file***" in 26-USC-7203 and found that it is true that only ***certain individuals*** are required to file a 1040. The first three words of 26-USC-7203 state; "***Any person required***", indicating that by law/USC, not all persons are required to file. I further looked up the definition of "***person***" as used in the United States Code Title 26 § 7701(a) (1), reference copy attached. I found that those "persons" appear to be "entities" which I do not believe applies to me.

But then I noticed that the term "person" used in 7203 had a different definition than the main one for Title 26. Subsection 7203 is found in Chapter F.

Also found there is: 26 U.S. Code § 7343 - Definition of term "person"

"The term "person" as used in this chapter includes an officer or employee of a corporation, or a member or employee of a partnership, who as such officer, employee, or member is under a duty to perform the act in respect of which the violation occurs."

(Aug. 16, 1954, ch. 736, 68A Stat. 872.) Emphasis added.

This definition appears to comport itself with the definition of one who is "liable for income tax" as found in section 701 cited above. However, it does not seem to encompass me. Therefore, I cannot have a belief that it does.

With this new information and so that we might narrow the search for the necessary Fifth Amendment evidence of being a "taxpayer," required to file and pay income tax, I will restate the question:

"Dear IRS employee: Do you have authenticated, irrefutable, evidence that one of the People, Chet West, is "under a duty" to file a return and pay income tax?"

Further, I recently became aware of USDC case number 3:24-CV-04075-TLT, just heard in 2024, IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, where US Prosecutor ALICE Y. LEE (D.C. Bar #1724949), Trial Attorney, Tax Division for the U.S. Department of Justice was unable answer these very same questions in-court, under oath.

I am currently at a loss to know how to continue my search. Can you help me find the applicable code that defines me personally as a taxpayer with a requirement or "under a duty" to file a form 1040?

Furthermore, reference attached 26-USC-7206, "Fraud and false statements," "Any person who; Willfully makes and subscribes any return, statement, or other document, which contains or is verified by a written declaration that it is made under the penalties of perjury, and which he does **not believe** to be true and correct as to every material matter shall be guilty of a felony and, upon conviction thereof, shall be fined not more than $100,000 ($500,000 in the case of a corporation), or imprisoned not more than 3 years, or both, together with the costs of prosecution."

As per the aforementioned statute, I cannot knowingly and willfully file a 1040 unless I am truly aware that I am legally required to file a 1040 and pay Federal income tax, when I don't believe that I am required to do so. 26-USC-7206 makes very clear the penalties for doing so. And I cannot find anywhere in the United States Code where I am either required to file a form 1040 or pay Federal income tax. Can you help me find such a statute?

Therefore; at this time, to prevent my potential prosecution under 26-USC-7206, this is my **formal notice** that until you can help me verify that I am responsible for filing an IRS form 1040 and for paying Federal income tax, I am **rescinding my signature** from any and all previous filings made to the Treasury Department/Internal-Revenue-Service.

Exhibit 'B'

And I think that you would agree that I should not attempt to make any further filings until both you and I are certain that I am legally required to file a 1040 and am responsible for paying Federal income tax.

Furthermore, unless you can help show me that I am and have been required to file any form 1040's or pay Federal income tax, I am requesting that you immediately return any and all previously made payments, deposits, withholdings, garnishments, including any and all penalties and interest previously levied. Also, the recent Notice of Levy (Form 668-A) sent to Social Security Administration (SSA) must be withdrawn as it is duplicitous. To wit:

Notice of Levy (Form 668-A) is based on 26-USC-6331. IRS prints 6331(b) and (c) on the rear of Form 668 appearing to give legal enforcement to the levy computed in the Form. This seems to be duplicitous because subsection 6331(a) appears to cast doubt on the assumed universal authority of IRS collections by stating a "qualifier." To wit:

Exhibit 'B'

6331(a) Authority of Secretary
"If any person liable to pay any tax neglects or refuses to pay the same within 10 days after notice and demand, it shall be lawful for the Secretary to collect such tax... Levy may be made upon the accrued salary or wages of any officer, employee, or elected official, of the United States, the District of Columbia, or any agency or instrumentality of the United States or the District of Columbia, by serving a notice of levy on the employer (as defined in section 3401(d)) of such officer, employee, or elected official. …"

The above appears to infer that "Levy may be made ***only*** upon the accrued salary or wages of any officer, employee, or elected official, of the United States…" As I, Chet West, have not held any of those positions, it appears that IRS is deliberately trying to trick the SSA into withholding from Chet's Old Age Benefits. This has caused extreme hardship for our household and should be released / withdrawn. The release / withdrawal authority of a levy is found at:

26 U.S. Code § 6343 - Authority to release levy and return property.
"(a) Release of levy and notice of release:
(1) In general Under regulations prescribed by the Secretary, the Secretary shall release the levy… (D) [if] the Secretary has determined that such levy is creating an economic hardship due to the financial condition of the taxpayer, or…"

Therefore, I hereby make a **formal appeal** to the Secretary of Treasury and the SSA that this withholding cease due to the aforementioned.

It is not my intention to evade any responsibility that is truly mine. I only seek to follow and abide by the written law. However, I have no desire to pay any bills or taxes that are not truly mine to pay either. And I am sure that you, like most folks, feel the same way.

I look forward to your soon response.

Regards, ______________________

Chet West

Exhibit 'B'

# Attachments:

## 26 U.S. Code § 701 - Partners, not partnership, subject to tax

A partnership as such shall not be subject to the income tax imposed by this chapter. Persons carrying on business as partners shall be liable for income tax only in their separate or individual capacities.

(Aug. 16, 1954, ch. 736, 68A Stat. 239.)

## 26 U.S. Code § 6203 - Method of assessment

The assessment shall be made by recording the liability of the taxpayer in the office of the Secretary in accordance with rules or regulations prescribed by the Secretary. Upon request of the taxpayer, the Secretary shall furnish the taxpayer a copy of the record of the assessment
.
(Aug. 16, 1954, ch. 736, 68A Stat. 768; Pub. L. 94–455, title XIX, § 1906(b)(13)(A), Oct. 4, 1976, 90 Stat. 1834.)

---

## 26 U.S. Code § 7203 - Willful failure to file return, supply information, or pay tax

Any person required under this title to pay any estimated tax or tax, or required by this title or by regulations made under authority thereof to make a return, keep any records, or supply any information, who willfully fails to pay such estimated tax or tax, make such return, keep such records, or supply such information, at the time or times required by law or regulations, shall, in addition to other penalties provided by law, be guilty of a misdemeanor and, upon conviction thereof, shall be fined not more than $25,000 ($100,000 in the case of a corporation), or imprisoned not more than 1 year, or both, together with the costs

of prosecution. In the case of any person with respect to whom there is a failure to pay any estimated tax, this section shall not apply to such person with respect to such failure if there is no addition to tax under section 6654 or 6655 with respect to such failure. In the case of a willful violation of any provision of section 6050I, the first sentence of this section shall be applied by substituting "felony" for "misdemeanor" and "5 years" for "1 year".

(Aug. 16, 1954, ch. 736, 68A Stat. 851; Pub. L. 90–364, title I, § 103(e)(5), June 28, 1968, 82 Stat. 264; Pub. L. 97–248, title II

## 26 U.S. Code § 7206 - Fraud and false statements

Any person who—

**(1)** DECLARATION UNDER PENALTIES OF PERJURY

Willfully makes and subscribes any return, statement, or other document, which contains or is verified by a written declaration that it is made under the penalties of perjury, and which he does not believe to be true and correct as to every material matter; or

**(2)** AID OR ASSISTANCE

Willfully aids or assists in, or procures, counsels, or advises the preparation or presentation under, or in connection with any matter arising under, the internal revenue laws, of a return, affidavit, claim, or other document, which is fraudulent or is false as to any material matter, whether or not such falsity or fraud is with the knowledge or consent of the person authorized or required to present such return, affidavit, claim, or document; or

**(3)** FRAUDULENT BONDS, PERMITS, AND ENTRIES

Simulates or falsely or fraudulently executes or signs any bond, permit, entry, or other document required by the provisions of the internal revenue laws, or by any regulation made in ursuance thereof, or procures the same to be falsely or fraudulently executed, or advises, aids in, or connives at such execution thereof; or

**(4)** REMOVAL OR CONCEALMENT WITH INTENT TO DEFRAUD

Removes, deposits, or conceals, or is concerned in removing, depositing, or concealing, any goods or commodities for or in respect whereof any tax is or shall be imposed, or any property upon which levy is authorized by

Exhibit B

section 6331, with intent to evade or defeat the assessment or collection of any tax imposed by this title; or

**(5)** Compromises and closing agreements

In connection with any compromise under section 7122, or offer of such compromise, or in connection with any closing agreement under section 7121, or offer to enter into any such agreement, willfully—

**(A)** Concealment of property

Conceals from any officer or employee of the United States any property belonging to the estate of a taxpayer or other person liable in respect of the tax, or

**(B)** Withholding, falsifying, and destroying records

Receives, withholds, destroys, mutilates, or falsifies any book, document, or record, or makes any false s statement, relating to the estate or financial condition the taxpayer or other person liable in respect of the tax;

shall be guilty of a felony and, upon conviction thereof, shall be fined not more than $100,000 ($500,000 in the case of a corporation), or imprisoned not more than 3 years, or both, together with the costs of prosecution.

(Aug. 16, 1954, ch. 736, 68A Stat. 852; Pub. L. 97–248, title III, § 329(c), Sept. 3, 1982, 96 Stat. 618.)

Exhibit 'B'

## 26 U.S. Code § 7343 - Definition of term "person"

The term "person" as used in this chapter includes an officer or employee of a corporation, or a member or employee of a partnership, who as such officer, employee, or member is under a duty to perform the act in respect of which the violation occurs. (Aug. 16, 1954, ch. 736, 68A Stat. 872.)

## 26 U.S. Code § 7701 - Definitions

(a) When used in this title, where not otherwise distinctly expressed or manifestly incompatible with the intent thereof—

(1) Person

The term "person" shall be construed to mean and include an individual, a trust, estate, partnership, association, company or corporation…

(14) Taxpayer

The term "taxpayer" means any person subject to any internal revenue tax.